# Order

Michigan Supreme Court
Lansing, Michigan

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143083

JEFFREY TYLER, Next Friend of SARAH
TYLER, Minor, and Individually, and
KAREN TYLER,
      Plaintiffs-Appellants,

v

FOWLERVILLE COMMUNITY SCHOOL
DISTRICT,
      Defendant-Appellee,

and

LISA PARKE, MARIE HACKETT, and
WENDY GREEN,
      Defendants.
_____/

SC: 143083
COA: 295906
Livingston CC: 08-023710-NZ

On order of the Court, the application for leave to appeal the April 5, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

Clerk

d0829